UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,  CRIMINAL NO. 24- 30460

        Plaintiff  Original District No. 14-00027

v.

**LAVAR MAXWELL,**

        Defendant.
_____/

**GOVERNMENT'S PETITION FOR TRANSFER
OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant, **LAVAR MAXWELL** to answer to supervised release violation allegations pending in another federal district, and states:

1. On **October 25, 2024**, defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the **Northern District of Ohi based on a Petition.** Defendant is charged in that district with a violation of **Supervised Release**.

2. Rule 32.1 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary hearing as described in Rule 32.1(b)(1).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure.

        Respectfully submitted

        DAWN N. ISON
        United States Attorney


        s/*Jason Norwood*
        JASON NORWOOD
        Assistant U.S. Attorney
        211 W. Fort Street, Ste 2001
        Detroit, Michigan 48226

Dated: October 25, 2024